[No. 37819-8-I.     Division One.     March 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-05647-1, Richard A. Jones, J., entered December 11, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 37843-1-I.     Division One.     March 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. OSCAR JOHN FREEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-06590-4, Michael Spearman, J., entered December 6, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 37885-6-I.     Division One.     March 3, 1997.]

AVARICE, INC., *Appellant*, v. CITY OF FEDERAL WAY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-29485-7, Anthony P. Wartnik, J., entered November 22, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 37910-1-I.     Division One.     March 3, 1997.]

ELDON WARREN, *Appellant*, v. ROBERT SYNSTAD, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-2-07484-7, Paul D. Hansen, J., entered December 1, 1995. *Affirmed* by unpublished per curiam opinion.